**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

FILED
JAN 03 2005
U S DISTRICT COURT
ARLEN B. COYLE, CLERK
By Deputy

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated,**

**Plaintiffs**

**v.** **Case Number 3:04cv176-M-A**

**KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,**

**Defendants**

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant Ken Griffin who appears specially to present this Motion for an additional ten (10) days in which to file a responsive pleading to the Complaint herein. Movant has conferred with counsel for Plaintiffs, and he has no objection to this enlargement of time.

WHEREFORE, Defendant Ken Griffin requests this Court for an enlargement of time of ten (10) days in which to file responsive pleadings or otherwise plead in this case, causing the response to fall due on or before January 17, 2005.

Respectfully submitted this the 30th day of December, 2004.

ALEX A. ALSTON, JR. (Miss. Bar No. 1543)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902

ATTORNEY FOR DEFENDANT KEN GRIFFIN

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson, Mississippi 39201
Telephone: 601-948-3101
Facsimile: 601-960-6902

**CERTIFICATE OF SERVICE**

I, Alex A. Alston, Jr., attorney for Defendant Ken Griffin, hereby certify that I have this day caused to be served by United States mail, postage prepaid, a true and correct copy of the above and foregoing Motion for Extension of Time on the following counsel of record:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

STERLING L. DERAMUS, ESQ.
2014 First Avenue North
Birmingham, Alabama 35203

JAMES M. MCMULLAN, ESQ.
GENTLE, PICKENS, ELIASON & TURNER
2 North 20th Street, Suite 1200
Birmingham, Alabama 35203

ATTORNEYS FOR PLAINTIFFS

CRAIG M. GENO, ESQ.
JEFFREY K. TYREE, ESQ.
HARRIS GENO & DUNBAR, P.A.
111 East Capitol Street, Suite 290
Post Office Box 3919
Jackson, Mississippi 39207-3919

ATTORNEYS FOR HEATH HOME FURNISHINGS, L.L.C., HEATH RECLINING CHAIR COMPANY, L.L.C., and HEATH STATIONERY CHAIR COMPANY, LLC

This the 30th day of December, 2004.

Alex A. Alston, Jr.