**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

FILED
JAN 10 2005
U S DISTRICT COURT
ARLEN B. COYLE, CLERK
By ______ Deputy

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated,**

**Plaintiffs**

**v.**

**Case Number 3:04cv176-M-A**

**KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,**

**Defendants**

---

**MOTION FOR ADMISSION OF STEPHEN J. SENDEROWITZ *PRO HAC VICE***

---

Defendant Ken Griffin moves the Court to admit Stephen J. Senderowitz, of the law firm of Winston & Strawn LLP, as counsel of record *pro hac vice* on his behalf in the above-styled and numbered civil action. The Verified Application of Stephen J. Senderowitz for Admission *Pro Hac Vice*, with Certificate of Good Standing and Local Counsel's Certification attached, is being filed

with this Court simultaneously with the filing of this Motion for Admission of Stephen J. Senderowitz *Pro Hac Vice* in accordance with the requirements of Rule 83.1(A)(2) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, and a copy of said Verified Application, with Certificate of Good Standing and Local Counsel's Certification, is being attached to this Motion as Exhibit 1.

Respectfully submitted, this the 6th day of January, 2005.

ALEX A. ALSTON, JR. (Miss. Bar No. 1543)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902

ATTORNEY FOR DEFENDANT KEN GRIFFIN

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson, Mississippi 39201
Telephone: 601-948-3101
Facsimile: 601-960-6902

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated,**

**Plaintiffs**

**v.**

**Case Number 3:04cv176-M-A**

**KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,**

**Defendants**

---

**VERIFIED APPLICATION OF STEPHEN J. SENDEROWITZ FOR ADMISSION *PRO HAC VICE***

---

Comes now Stephen J. Senderowitz, of the firm of Winston & Strawn LLP, who files this Verified Application for admission *pro hac vice* pursuant to Rule 83.1(A)(2) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of



**EXHIBIT 1**

Mississippi, and who would show the following:

1. I desire to appear as counsel *pro hac vice* before the United States District Court for the Northern District of Mississippi, Western Division, on behalf of Ken Griffin, one of the defendants in the above styled civil action.

2. I am currently licensed, in good standing, to practice law in the following jurisdictions to which I have been admitted: the State of Illinois and the United States District Court for the Northern District of Illinois.

3. I am currently licensed, in good standing, to practice law in each of the jurisdictions to which I have been admitted.

4. I am of good moral character and am familiar with the ethics, principles, practices, customs, and usages of the legal profession in Mississippi.

5. Attached to this Verified Application is a certificate from the United States District Court for the Northern District of Illinois which shows that I am duly authorized to practice in and am in good standing with said court.

6. The name and office address of the member in good standing of the Mississippi Bar with whom I have associated in this particular cause of action is:

Alex A. Alston, Jr. (Miss. Bar No. 1543)
Brunini, Grantham, Grower & Hewes, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205-0119
Telephone: 601-948-3101
Facsimile: 601-960-6902

7. Certification of local counsel appears at the end of this Verified Application.

8. I hereby certify that I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Northern District and the Southern District of

Mississippi.

[signature]
STEPHEN J. SENDEROWITZ

SWORN TO AND SUBSCRIBED before me, this the 4th day of January, 2005.

[signature: Judith A Kara]
NOTARY PUBLIC

My Commission Expires:
June 12, 2007

"OFFICIAL SEAL"
JUDITH A. KARA
Notary Public, State of Illinois
My Commission Expires 6/12/07

# CERTIFICATE OF GOOD STANDING

*United States of America*

} ss. Stephen Jay Senderowitz

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That **Stephen Jay Senderowitz** was duly admitted to practice in said Court on May 20, 1974 and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on January 4, 2005

Michael W. Dobbins, Clerk,

By: Roberto A. Perez
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated,**

**Plaintiffs**

**v.**

**Case Number 3:04cv176-M-A**

**KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,**

**Defendants**

---

**LOCAL COUNSEL'S CERTIFICATION PURSUANT TO
RULE 83.1(A)(2) OF THE UNIFORM LOCAL RULES**

---

The undersigned associated local counsel certified that he agrees to be associated with **Stephen J. Senderowitz**, of the firm of Winston & Strawn LLP, to represent **Ken Griffin**, a defendant in the above-styled and numbered civil action.

Dated: January 6, 2005.

Alex A. Alston, Jr. (MSB No. 1543)
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902

## CERTIFICATE OF SERVICE

I, Alex A. Alston, Jr., attorney for Defendant Ken Griffin, hereby certify that I have this day caused to be served by United States mail, postage prepaid, a true and correct copy of the above and foregoing **Verified Application of Stephen J. Senderowitz for Admission *Pro Hac Vice*** on the following counsel of record:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

STERLING L. DERAMUS, ESQ.
2014 First Avenue North
Birmingham, Alabama 35203

JAMES M. MCMULLAN, ESQ.
GENTLE, PICKENS, ELIASON & TURNER
2 North 20th Street, Suite 1200
Birmingham, Alabama 35203

ATTORNEYS FOR PLAINTIFFS

CRAIG M. GENO, ESQ.
JEFFREY K. TYREE, ESQ.
HARRIS GENO & DUNBAR, P.A.
111 East Capitol Street, Suite 290
Post Office Box 3919
Jackson, Mississippi 39207-3919

ATTORNEYS FOR HEATH HOME FURNISHINGS, L.L.C., HEATH RECLINING CHAIR COMPANY, L.L.C., and HEATH STATIONERY CHAIR COMPANY, LLC

This the 6th day of January, 2005.

Alex A. Alston, Jr.

**CERTIFICATE OF SERVICE**

I, Alex A. Alston, Jr., attorney for Defendant Ken Griffin, hereby certify that I have this day caused to be served by United States mail, postage prepaid, a true and correct copy of the above and foregoing Motion for Admission of Stephen J. Senderowitz *Pro Hac Vice* on the following counsel of record:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

STERLING L. DERAMUS, ESQ.
2014 First Avenue North
Birmingham, Alabama 35203

JAMES M. MCMULLAN, ESQ.
GENTLE, PICKENS, ELIASON & TURNER
2 North 20th Street, Suite 1200
Birmingham, Alabama 35203

ATTORNEYS FOR PLAINTIFFS

CRAIG M. GENO, ESQ.
JEFFREY K. TYREE, ESQ.
HARRIS GENO & DUNBAR, P.A.
111 East Capitol Street, Suite 290
Post Office Box 3919
Jackson, Mississippi 39207-3919

ATTORNEYS FOR HEATH HOME FURNISHINGS, L.L.C., HEATH RECLINING CHAIR COMPANY, L.L.C., and HEATH STATIONERY CHAIR COMPANY, LLC

This the 6th day of January, 2005.

Alex A. Alston, Jr.

FILED
JAN 10 2005
U.S. DISTRICT COURT
ARLEN B. COYLE, CLERK
By Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated,**

**Plaintiffs**

**v.**

**Case Number 3:04cv176-M-A**

**KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,**

**Defendants**

---

**VERIFIED APPLICATION OF STEPHEN J. SENDEROWITZ FOR ADMISSION *PRO HAC VICE***

---

Comes now Stephen J. Senderowitz, of the firm of Winston & Strawn LLP, who files this Verified Application for admission *pro hac vice* pursuant to Rule 83.1(A)(2) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of

Mississippi, and who would show the following:

1. I desire to appear as counsel *pro hac vice* before the United States District Court for the Northern District of Mississippi, Western Division, on behalf of Ken Griffin, one of the defendants in the above styled civil action.

2. I am currently licensed, in good standing, to practice law in the following jurisdictions to which I have been admitted: the State of Illinois and the United States District Court for the Northern District of Illinois.

3. I am currently licensed, in good standing, to practice law in each of the jurisdictions to which I have been admitted.

4. I am of good moral character and am familiar with the ethics, principles, practices, customs, and usages of the legal profession in Mississippi.

5. Attached to this Verified Application is a certificate from the United States District Court for the Northern District of Illinois which shows that I am duly authorized to practice in and am in good standing with said court.

6. The name and office address of the member in good standing of the Mississippi Bar with whom I have associated in this particular cause of action is:

Alex A. Alston, Jr. (Miss. Bar No. 1543)
Brunini, Grantham, Grower & Hewes, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205-0119
Telephone: 601-948-3101
Facsimile: 601-960-6902

7. Certification of local counsel appears at the end of this Verified Application.

8. I hereby certify that I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Northern District and the Southern District of

Mississippi.

STEPHEN J. SENDEROWITZ

SWORN TO AND SUBSCRIBED before me, this the 4th day of January, 2005.

NOTARY PUBLIC

My Commission Expires:
June 12, 2007

"OFFICIAL SEAL"
JUDITH A. KARA
Notary Public, State of Illinois
My Commission Expires 6/12/07

# CERTIFICATE OF GOOD STANDING

*United States of America*

} ss. Stephen Jay Senderowitz

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That **Stephen Jay Senderowitz** was duly admitted to practice in said Court on May 20, 1974 and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on January 4, 2005

Michael W. Dobbins, Clerk,

By: Roberto A. Perez
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated,** **Plaintiffs**

**v.** **Case Number 3:04cv176-M-A**

**KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,**

**Defendants**

---

## LOCAL COUNSEL'S CERTIFICATION PURSUANT TO RULE 83.1(A)(2) OF THE UNIFORM LOCAL RULES

---

The undersigned associated local counsel certified that he agrees to be associated with **Stephen J. Senderowitz**, of the firm of Winston & Strawn LLP, to represent **Ken Griffin**, a defendant in the above-styled and numbered civil action.

Dated: January 6, 2005.

Alex A. Alston, Jr. (MSB No. 1543)
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902

## CERTIFICATE OF SERVICE

I, Alex A. Alston, Jr., attorney for Defendant Ken Griffin, hereby certify that I have this day caused to be served by United States mail, postage prepaid, a true and correct copy of the above and foregoing **Verified Application of Stephen J. Senderowitz for Admission *Pro Hac Vice*** on the following counsel of record:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

STERLING L. DERAMUS, ESQ.
2014 First Avenue North
Birmingham, Alabama 35203

JAMES M. MCMULLAN, ESQ.
GENTLE, PICKENS, ELIASON & TURNER
2 North 20th Street, Suite 1200
Birmingham, Alabama 35203

ATTORNEYS FOR PLAINTIFFS

CRAIG M. GENO, ESQ.
JEFFREY K. TYREE, ESQ.
HARRIS GENO & DUNBAR, P.A.
111 East Capitol Street, Suite 290
Post Office Box 3919
Jackson, Mississippi 39207-3919

ATTORNEYS FOR HEATH HOME FURNISHINGS, L.L.C., HEATH RECLINING CHAIR COMPANY, L.L.C., and HEATH STATIONERY CHAIR COMPANY, LLC

This the 6th day of January, 2005.

Alex A. Alston, Jr.