FILED
JAN 18 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

BILLY CULVER, and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C., as a whole; on Behalf of Themselves, and All Others Similarly Situated,

Plaintiffs,

v.

Case No. 3:04CV176-M-A

KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,

Defendants.

**DEFENDANT KENNETH C. GRIFFIN'S MOTION TO DISMISS**

Defendant, Kenneth C. Griffin, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Plaintiffs' Complaint in its entirety. The bases for this Motion are more fully set forth in Defendant's Memorandum of Law, which is filed contemporaneously herewith and made part of this Motion.

WHEREFORE, Kenneth C. Griffin, requests that Plaintiffs' Complaint be dismissed with prejudice and that he be awarded such other and further relief as this Court may deem appropriate.

Date: January 18, 2005

Respectfully submitted,

KENNETH C. GRIFFIN

By: ______________________
One of His Attorneys

Alex A. Alston, Jr. (Miss. Bar No. 1543)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capital Street
Jackson, Mississippi 39201
(601) 948-3101 (tel.)
(601) 960-6902 (fax)

Stephen J. Senderowitz *(Pro hac vice motion pending)*
Joseph J. Torres *(Pro have vice motion pending)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (tel.)
(312) 558-5700 (fax)

## CERTIFICATE OF SERVICE

I, Alex A. Alston, Jr., attorney for Defendant Kenneth C. Griffin, hereby certify that I have this day caused to be served by United States mail, postage prepaid, a true and correct copy of the above and foregoing **Defendant Kenneth C. Griffin's Motion to Dismiss** on the following counsel of record:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

STERLING L. DERAMUS, ESQ.
2015 First Avenue North
Birmingham, Alabama 35203

JAMES M. MCMULLAN, ESQ.
GENTLE, PICKENS, ELIASON & TURNER
2 North 20th Street, Suite 1200
Birmingham, Alabama 35203

ATTORNEYS FOR PLAINTIFFS

CRAIG M. GENO, ESQ.
JEFFREY K. TYREE, ESQ.
HARRIS GENO & DUNBAR, P.A.
111 East Capitol Street, Suite 290
Post Office Box 3919
Jackson, Mississippi 39207-3919

ATTORNEYS FOR HEATH HOME FURNISHINGS, L.L.C., HEATH RECLINING CHAIR COMPANY, L.L.C., and HEATH STATIONERY CHAIR COMPANY, LLC

This the 18th day of January, 2005.

[signature]
Alex A. Alston, Jr.