**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

FILED
FEB 28 2005
U.S. DISTRICT COURT
ARLENE ... CLERK
By ... Deputy

| | | |
|---|---|---|
| BILLY CULVER, and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C., as a whole; on Behalf of Themselves, and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,<br><br>Defendants. | ) | Case No. 3:04CV176-M-A |

**DEFENDANT KENNETH C. GRIFFIN'S
MOTION TO STAY CLASS CERTIFICATION DISCOVERY**

Defendant, Kenneth C. Griffin ("K. Griffin"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, hereby moves this Court to stay discovery on class certification issues pending resolution of Defendants' Motions to Dismiss. In support of this motion, K. Griffin states as follows:

1. Plaintiffs Billy Culver and Pat Culver, on behalf of themselves and a putative class of allegedly similarly situated individuals, have filed suit against K. Griffin and several other individuals alleging various violations of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, et seq.

2. Defendants Ken Griffin, Ken Hendricks, and Diane Hendricks have filed motions to dismiss in this matter that would dispose of all claims against them in the event that the motions are granted.

3. On February 9, 2005, Magistrate Judge Alexander conducted a case management conference with counsel for all parties who have been served. At that time, the Court ordered that pending resolution of the Defendants' motions to dismiss, the parties could engage in discovery only to the extent that it is necessary to determine the propriety of class certification. All discovery on the merits was stayed.

4. At the February 9 conference, the Court took Defendants' request to stay class certification discovery under advisement, and said that Defendants could move to stay class certification discovery via a separate written motion.

5. A federal district court has discretion to stay discovery "for good cause shown." Fed. R. Civ. P. Rule 26(c). The Fifth Circuit has recognized that "[a] trial court has broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." Petrus v. Bowen, 833 F.2d 581 (5th Cir. 1987) (ruling that the district court properly stayed discovery pending resolution of defendants' 12(b)(6) motion). See also Von Drake v. National Broadcasting Co., No. 3-04-CV-0652-R, 2004 U.S. Dist. LEXIS 25090 (N.D. Tex. May 20, 2004) (granting motion to stay pending resolution of motion to dismiss, and noting that "[a] stay of discovery may be appropriate where the disposition of a motion to

dismiss 'might preclude the need for the discovery altogether thus saving time and expense.'"). A district court's power to stay discovery pending resolution of a motion to dismiss encompasses the power to stay class certification motions and related discovery. Ladd v. Equicredit Corp., No. 00-2688-N, 2001 U.S. Dist. LEXIS 2256 (E.D. La. Feb. 21, 2001) ("Since a decision on the merits may render all class certification issues moot, the Court may properly refuse to entertain motions for class certification and related discovery until dispositive motions have been resolved."); citing Wade v. Kirkland, 118 F.3d 667, 670 (9th Cir. 1997) ("in some cases, it may be appropriate in the interest of judicial economy to resolve a motion for summary judgment or motion to dismiss prior to ruling on class certification").

6. Defendants' motions to dismiss raise substantial issues about whether they are properly named in this suit at all. Resolution of those motions in their favor would render all class certification issues moot, and a stay of class certification discovery would save substantial time and expense.

7. Plaintiffs' counsel stated in open court at the February 9, 2005 case management conference that they did not oppose a stay of class certification issues pending resolution of the Defendants' motions to dismiss.

WHEREFORE, Kenneth C. Griffin requests that the Court stay discovery on class certification issues pending resolution of Defendants' Motions to Dismiss.

Dated: February 25, 2005

Respectfully submitted,

KENNETH C. GRIFFIN

By: ______________________
One of His Attorneys

Alex A. Alston, Jr. (Miss. Bar No. 1543)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capital Street
Jackson, Mississippi 39201
(601) 948-3101 (tel.)
(601) 960-6902 (fax)

Stephen J. Senderowitz (*admitted pro hac vice)*
Joseph J. Torres (*admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (tel.)
(312) 558-5700 (fax)

**CERTIFICATE OF SERVICE**

I, Alex A. Alston, Jr., attorney for Defendant, Kenneth C. Griffin, hereby certify that I have this day caused to be served by United States mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Stay Class Certification Discovery on the following counsel of record:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

STERLING L. DERAMUS, ESQ.
2015 First Avenue North
Birmingham, Alabama 35203

JAMES M. MCMULLAN, ESQ.
GENTLE, PICKENS, ELIASON & TURNER
2 North 20th Street, Suite 1200
Birmingham, Alabama 35203

ATTORNEYS FOR PLAINTIFFS

CRAIG M. GENO, ESQ.
JEFFREY K. TYREE, ESQ.
HARRIS GENO & DUNBAR, P.A.
111 East Capitol Street, Suite 290
Post Office Box 3919
Jackson, Mississippi 39207-3919

ATTORNEYS FOR HEATH HOME FURNISHINGS, L.L.C., HEATH RECLINING CHAIR COMPANY, L.L.C., and HEATH STATIONERY CHAIR COMPANY, LLC

JAMES P. STREETMAN, ESQ.
KENNETH T. O'CAIN, ESQ.
SCOTT, SULLIVAN, STRETMAN & FOX, P.C.
725 Avignon Drive
Ridgeland, Mississippi 39157

ATTORNEYS FOR KEN HENDRICKS and DIANE HENDRICKS

This the 25th day of February, 2005.

Alex A. Alston, Jr.