**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated,** **Plaintiffs**

**v.** **Case Number 3:04cv176-M-A**

**KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS, DIANE HENDRICKS, and FICTITIOUS DEFENDANTS 1-10, representing those individuals who acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein; FICTITIOUS DEFENDANTS 11-20, representing those businesses, corporations, partnerships or other entities which acted or failed to act in such a manner as to cause or contribute to the injuries and damages described herein,**

**Defendants**

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant Ken Griffin who presents this Motion for an additional five (5) days in which to file a responsive pleading to Plaintiffs' Response to Defendant Kenneth C. Griffin's Motion to Dismiss. Movant has conferred with counsel for Plaintiffs, and he has no objection to this enlargement of time. Counsel for this defendant are in a trial, which necessitates this request for an extension of time.

WHEREFORE, Defendant Ken Griffin requests this Court for an enlargement of time of

five (5) days in which to file said responsive pleading, causing the response to fall due on or before March 28, 2005.

Respectfully submitted this the 16th day of March, 2005.

s/ Alexander A. Alston, Jr.
ALEX A. ALSTON, JR. (Miss. Bar No. 1543)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
E-mail: aalston@brunini.com

ATTORNEY FOR DEFENDANT KEN GRIFFIN

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson, Mississippi 39201
Telephone: 601-948-3101
Facsimile: 601-960-6902

**CERTIFICATE OF SERVICE**

I, Alex A. Alston, Jr., attorney for Defendant Ken Griffin, hereby certify that on March 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

ATTORNEY FOR PLAINTIFFS

KENNETH T. O'CAIN, ESQ.
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
725 Avignon Drive
Ridgeland, Mississippi 39157

ATTORNEYS FOR KEN HENDRICKS and DIANE HENDRICKS

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

STERLING L. DERAMUS, ESQ.
2015 First Avenue North
Birmingham, Alabama 35203

EDGAR C. GENTLE, III, ESQ.
JAMES M. MCMULLAN, ESQ.
GENTLE, PICKENS, ELIASON & TURNER
2 North 20th Street, Suite 1200
Birmingham, Alabama 35203

ATTORNEYS FOR PLAINTIFFS

CRAIG M. GENO, ESQ.

JEFFREY K. TYREE, ESQ.
HARRIS GENO & DUNBAR, P.A.
111 East Capitol Street, Suite 290
Post Office Box 3919
Jackson, Mississippi 39207-3919

ATTORNEYS FOR HEATH HOME FURNISHINGS, L.L.C., HEATH RECLINING CHAIR COMPANY, L.L.C., and HEATH STATIONERY CHAIR COMPANY, LLC

This the 16th day of March, 2005.

s/ Alexander A. Alston, Jr.