**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BILLY CULVER and PAT CULVER, et al., on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO. 3:02-CV-015-MPM-JAD** |
| **v.** | ) | |
| **KARL LEO, HERB HESTER, PHIL HUNNIFORD, ARM, LTD. and CAYE HOME FURNISHINGS, L.L.C.,** | ) | |
| **Defendants.** | ) | |

---

| | | |
|---|---|---|
| **BILLY CULVER and PAT CULVER, et al., on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO. 3:04-CV-00176-MPM-JAD** |
| **v.** | ) | |
| **KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS and DIANE HENDRICKS,** | ) | |
| **Defendants.** | ) | |

**<u>MOTION TO ENFORCE CLASS ACTION SETTLEMENT</u>**

Defendant Ken Griffin, by and through his counsel, hereby respectfully moves to enforce the settlement reached between the Defendants and the Plaintiffs.

1. These cases, now consolidated for settlement purposes [*see* Docket Entry 78],

have been pending before this Court since January 2002 and September 2004, respectively.

2. After a lengthy mediation session presided over by Judge Davis on December 20, 2005, all the parties – as well as Defendants' insurer, Kemper Insurance Company ("Kemper") – agreed, in principle, to a settlement of both actions in their entirety.

3. Further, after an extended settlement negotiation period during which the specifics of the class-wide settlement were addressed, all the parties – with Kemper's input – were able to finalize the settlement documents.

4. As part of the final settlement agreement, Kemper agreed to contribute $1.2 million to the settlement fund [*see* Docket Entry 76], and, importantly, having accepted Ken Griffin's tender of the defense of this matter, to reimburse Ken Griffin for attorneys' fees and costs incurred related to this case, and to assume responsibility for payment of Ken Griffin's attorneys' fees and costs until the matter is resolved. While Kemper has contributed its agreed upon portion of the settlement fund, Kemper has not, to date, met its obligation to pay the attorneys' fees and costs incurred by Defendant Ken Griffin related to this case, despite repeated requests and reminders by counsel for Ken Griffin.

5. Because of the relatively straightforward nature of this issue, Defendant Ken Griffin respectfully requests that he be relieved from the separate requirement of submitting, pursuant to Local Rule 7.2(D), a memorandum in support of this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant Ken Griffin respectfully requests this Court to grant his motion to enforce the settlement agreement reached between the Defendants and the Plaintiffs and to order Kemper Insurance Company to pay Defendant Ken Griffin's attorneys' fees and costs incurred in this matter to the law firms of Brunini, Grantham,

Grower & Hewes, PLLC, and Winston & Strawn, LLP.

This the 18th day of July, 2006.

Respectfully submitted,

KEN GRIFFIN

By: s/ Alexander A. Alston, Jr.

ALEX A. ALSTON, JR. (Miss. Bar No. 1543)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
E-mail: aalston@brunini.com

ATTORNEY FOR KEN GRIFFIN, DEFENDANT

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson, Mississippi 39201
Telephone: 601-948-3101
Facsimile: 601-960-6902

Stephen J. Senderowitz (admitted *pro hac vice* in "Culver II")
Joseph J. Torres (admitted *pro hac vice* in "Culver II")
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

# CERTIFICATE OF SERVICE

I, Alex A. Alston, Jr., attorney for defendant Ken Griffin, hereby certify that on this day I electronically filed the foregoing **Motion to Enforce Class Action Settlement** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

EDGAR C. GENTLE, III, ESQ.
JAMES M. McMULLAN, ESQ.
GENTLE, PICKENS & TURNER
Two North Twentieth Building, Suite 1200
2 North 20th Street
Birmingham, Alabama 35203

STERLING L. DERAMUS, ESQ.
ATTORNEY AT LAW
2015 First Avenue North
Birmingham, Alabama 35203

C. MICHAEL MALSKI, ESQ.
DANA L. TUBB, ESQ.
CARNATHAN, MALSKI & McAULEY
Post Office Box 543
Amory, Mississippi 38821

JENNIFER M. BERMEL, ESQ.
LORRIE K. RIDDER, ESQ.
ROSSIE, LUCKETT, PARKER & RIDDER, PC
1669 Kirby Parkway, Suite 106
Memphis, Tennessee 38120

ERIN P. LANE, ESQ.
JEFFREY A. WALKER, ESQ.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
Post Office Box 22567
Jackson, Mississippi 39225-2567

THOMAS H. FREELAND, IV, ESQ.
FREELAND & FREELAND
Post Office Box 269
Oxford, Mississippi 38655-0269

WILLIAM K. DUKE, ESQ.
TOLLISON LAW FIRM, P.A.
Post Office Box 1216
Oxford, Mississippi 38655-1216

A. RHETT WISE, ESQ.
PRIEST, WISE & RUSSELL, PLLC
Post Office Box 46
Tupelo, Mississippi 38802

MORRIS J. BROOKS, JR., ESQ.
LEO AND ASSOCIATES
200 Randolph Avenue, Suite 200
Huntsville, Alabama 35801

KENNETH T. O'CAIN, ESQ.
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 13847
Jackson, Mississippi 39236-3847

I further certify that on this day I forwarded a correct copy of the above and foregoing Motion, via facsimile and United States mail, first class postage prepaid, to the following counsel:

GEORGE J. MANOS, ESQ. (via facsimile and U.S. Mail)
BOLLINGER, RUBERRY & GARVEY
Citicorp Center
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2593

This the 18th day of July, 2006.

s/ Alexander A. Alston, Jr.